**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 10, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

| | |
|---|---|
| CARLY GRAFF; RANDY FRAZIER; DAVID SMITH; KENDALLIA KILLMAN; LINDA MEACHUM; CHRISTOPHER CHOATE; IRA LEE WILKINS; MELANIE HOLMES, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs - Appellants,<br><br>v.<br><br>ABERDEEN ENTERPRIZES, II, INC.; JIM D. SHOFNER; ROB SHOFNER; OKLAHOMA SHERIFFS' ASSOCIATION; THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF TULSA; BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ROGERS; VIC REGALADO, Sheriff of Tulsa County; SCOTT WALTON, Sheriff of Rogers County; JASON RITCHIE, Sheriff of Adair County; RICK WALLACE, Sheriff of Alfalfa County; TONY HEAD, Sheriff of Atoka County; RUBEN PARKER, JR., Sheriff of Beaver County; TRAVIS DAUGHERTY, Sheriff of Blaine County; CHRIS WEST, Sheriff of Canadian County; CHRIS BRYANT, Sheriff of Carter County; JASON CHENNAULT, Sheriff of Cherokee County; CHRIS AMASON, Sheriff of Cleveland County; BRYAN JUMP, Sheriff of Coal County; HEATH WINFREY, Sheriff of Craig County; BRET BOWLING, Sheriff of | No. 21-5031 |

Creek County; MARK BERRY, Sheriff of Delaware County; CLAY SANDER, Sheriff of Dewey County; CORY RINK, Sheriff of Garfield County; JIM WEIR, Sheriff of Grady County; SCOTT STERLING, Sheriff of Grant County; THOMAS MCCLENDON, Sheriff of Harper County; MARCIA MAXWELL, Sheriff of Hughes County; ROGER LEVICK, Sheriff of Jackson County; JEREMIE WILSON, Sheriff of Jefferson County; GARY DODD, Sheriff of Johnston County; STEVE KELLEY, Sheriff of Kay County; DENNIS BANTHER, Sheriff of Kingfisher County; ADAM WOODRUFF, Sheriff of Latimer County; RODNEY DERRYBERRY, Sheriff of LeFlore County; MARTY GRISHAM, Sheriff of Love County; DONALD YOW, Sheriff of Marshall County; MIKE REED, Sheriff of Mayes County; KEVIN CLARDY, Sheriff of McCurtain County; KEVIN LEDBETTER, Sheriff of McIntosh County; DARRIN RODGERS, Sheriff of Murray County; JASON MCCLAIN, Sheriff of Nowata County; STEVEN WORLEY, Sheriff of Okfuskee County; EDDY RICE, Sheriff of Okmulgee County; EDDIE VIRDEN, Sheriff of Osage County; DAVID DEAN, Sheriff of Ottawa County; DARRIN VARNELL, Sheriff of Pawnee County; JOE HARPER, Sheriff of Payne County; MIKE BOOTH, Sheriff of Pottawatomie County; B.J. HEDGECOCK, Sheriff of Pushmataha County; BRIAN SMITH, Sheriff of Roger Mills County; SHANNON SMITH, Sheriff of Seminole County; LARRY LANE, Sheriff of Sequoyah County; MATT BOLEY, Sheriff of Texas County; BILL INGRAM, Sheriff of Tillman County; CHRIS ELLIOT, Sheriff of Wagoner County; RICK SILVER,

Sheriff of Washington County; ROGER REEVE, Sheriff of Washita County; RUDY BRIGGS, JR., Sheriff of Woods County; KEVIN MITCHELL, Sheriff of Woodward County; JUDGE DAWN MOODY; JUDGE DOUG DRUMMOND; JUDGE WILLIAM J. MUSSEMAN, JR.; DON NEWBERRY, Tulsa County Court Clerk; DARLENE BAILEY, Tulsa County Cost Administrator; JUDGE TERRELL S. CROSSON; KIM HENRY, Rogers County Court Clerk; TONY ALMAGUER, Former Blaine County Sheriff; NORMAN FISHER, Former Cherokee County Sheriff; TODD GIBSON, Former Cleveland County Sheriff; HARLAN MOORE, Former Delaware County Sheriff; JERRY NILES, Former Garfield County Sheriff; JON SMITH, Former Johnston County Sheriff; JESSE JAMES, Former Latimer County Sheriff; ROB SEALE, Former LeFlore County Sheriff; DANNY CRYER, Former Marshall County Sheriff; SANDY HADLEY, Former Nowata County Sheriff; JEREMY FLOYD, Former Ottawa County Sheriff; MIKE WATERS, Former Pawnee County Sheriff; R.B. HAUF, Former Payne County Sheriff; DARREN ATHA, Former Roger Mills County Sheriff; BOBBY WHITTINGTON, Former Tillman County Sheriff,

    Defendants - Appellees.

------------------------------

OKLAHOMA POLICY INSTITUTE; PUBLIC JUSTICE; CATO INSTITUTE; INSTITUTE FOR JUSTICE; FEDERAL COURTS SCHOLARS,

    Amici Curiae.

_____

**ORDER**

_____

Before **ROSSMAN**, **KELLY**, and **MURPHY**, Circuit Judges.

_____

On August 23, 2021, this court provisionally granted the following motions: (1) motion of Oklahoma Policy Institute and Public Justice's Motion for Leave to File Brief as Amici Curiae in Support of Plaintiffs-Appellants; (2) Motion for Leave to File Brief of Amici Curiae Institute for Justice and the Cato Institute in Support of Plaintiff-Appellant; and (3) Motion of Federal Courts Scholars for Leave to File a Brief as Amici Curiae in Support of Appellants. Upon further review, the orders provisionally granting these motions are hereby made permanent. Thus, the motions are GRANTED.

        Entered for the Court

        CHRISTOPHER M. WOLPERT, Clerk