No. 21-5031
_____

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
_____

**CARLY GRAFF, et al.,**

*Plaintiffs-Appellants,*

v.

**ABERDEEN ENTERPRIZES II, INC., et al.,**

*Defendants-Appellees.*
_____

On Appeal from the United States District Court
for the Northern District of Oklahoma
Civil Action No. 4:17-cv-00606-TCK-JFJ
Hon. Terence C. Kern

_____

**APPELLANTS' VERIFIED BILL OF COSTS**
_____

Appellants in the above-captioned matter respectfully make an application to tax allowable costs pursuant to Federal Rule of Appellate Procedure 39 and Tenth Circuit Rule 39. On April 10, 2023, this Court reversed the judgment of the district court. Fed. R. App. P. 39(a)(3) provides that "if a judgment is reversed [on appeal], costs are taxed against the appellee."

In addition to the $500 docketing fee, Appellants seek to recover "[c]osts of making necessary copies of briefs, appendices, or other records," which are taxable at "actual cost, but no more than 20 cents per page." 10th Cir. R. 39.1. Here, copies were

made in-house at the Georgetown University Law Center, which bills 3 cents per page, 2 additional cents per front cover, 5 cents per back cover, and 50 cents per binding comb. As required by Rule 31.5 of this Court, Appellants filed with the Court seven hard copies of their opening brief, which totaled 85 pages, and seven hard copies of their reply brief, which totaled 61 pages. And as required by Rule 30.1, Appellants filed a single copy of the appendix with the Court, which contained eight volumes totaling 2,056 pages. Therefore, Appellants necessarily and reasonably incurred the following costs in this appeal:[1]

- Appeal docketing fee: $500
- Copying costs for Appellants' Opening Brief: $21.42
- Copying costs for Appellants' Reply Brief: $16.38
- Copying costs for Appendix: $65.76
- **Total:** **$603.56**

## DECLARATION

I, Seth Wayne, attorney for Appellants, hereby verify the accuracy of the above costs and that the services for which the costs were charged were actually and necessarily performed. I declare under penalty of perjury that the foregoing Declaration is true and correct.

---

[1] Attached to this filing is Exhibit A, which further breaks down these costs.

Dated: April 24, 2023

/s/ *Seth Wayne*
Seth Wayne
INSTITUTE FOR CONSTITUTIONAL
   ADVOCACY AND PROTECTION
GEORGETOWN UNIV. LAW CENTER
600 New Jersey Ave. N.W.
Washington, DC 20001
(415) 516-4939
sw1098@georgetown.edu

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2023, I filed the foregoing application with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the CM/ECF system, which will automatically serve electronic copies upon all counsel of record.

*/s/ Seth Wayne*
Seth Wayne

# EXHIBIT A

| Document | No. of Copies | No. of Pages | Page Cost | Front Cover Cost | Back Cover Cost | Binding Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| Opening Brief | 7 | 85 | $17.85 (595 x $0.03) | $0.14 (7 x $0.02) | $0.35 (7 x $0.05) | $3.50 (7 x $0.50) | $21.84 |
| Reply Brief | 7 | 61 | $12.81 (427 x $0.03) | $0.14 (7 x $0.02) | $0.35 (7 x $0.05) | $3.50 (7 x $0.50) | $16.80 |
| Appendix | 1 (eight volumes) | 2,056 | $61.68 (2,056 x $0.03) | $0.16 (8 x $0.02) | $0.40 (8 x $0.05) | $4.00 (8 x $0.50) | $66.24 |
| TOTAL | | | | | | | **$104.88** |