UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 02, 2023

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**     **21-5031, Graff, et al v. Aberdeen Enterprizes, II, et al**
            Dist/Ag docket: 4:17-CV-00606-TCK-JFJ

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's April 10, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Robert E. Applegate
        Robert M. Blakemore
        Melanie L. Bostwick
        Shelby Calambokidis
        Kelsi Brown Corkran
        Isaac Robertson Ellis
        Matthew Benjamin Free
        Brian Hardingham
        Monica Haymond
        Jeffrey C. Hendrickson I

Robert D. James
Jo Lynn Jeter
William Caleb Jones
Robert S. Lafferrandre
Stefanie Erin Lawson
Thomas A. LeBlanc
Marco Lopez
Cesar Lopez-Morales
William Randolph Maurer
Mary B. McCord
Erin Morgan Moore
Michael Shouse
Daniel E. Smolen
Seth Wayne
Lauren Weber
Douglas A. Wilson
Joel Wohlgemuth
Randall James Wood
Scott B. Wood
John R. Woodard III


CMW/jjh