FILED
United States Court of Appeals
Tenth Circuit

May 10, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| CARLY GRAFF, et al.,<br><br>  Plaintiffs - Appellants,<br><br>v.<br><br>ABERDEEN ENTERPRIZES, II, INC., et al.,<br><br>  Defendants - Appellees.<br><br>------------------------------<br><br>OKLAHOMA POLICY INSTITUTE, et al.,<br><br>  Amici Curiae. | No. 21-5031<br>(D.C. No. 4:17-CV-00606-TCK-JFJ)<br>(N.D. Okla.) |

_____

**ORDER**
_____

Before **ROSSMAN**, **KELLY**, and **MURPHY**, Circuit Judges.
_____

This matter is before us on (1) Appellants' *Verified Bill of Costs*, and (2) the response thereto filed by Tulsa County Judges Douglas Drummond, Dawn Moody, and William Musseman, and Rogers County Judge Terrel Crosson (collectively, the "Judge Appellees").

Where this court reverses the district court's judgment, costs are taxed against the appellees. *See* Fed. R. App. P. 39(a)(3). This court permits an award of costs associated with producing the court-required copies of Appellants' briefs and appendix. *See* 10th

Cir. R. 30.1 (one hard copy of appendix); 10th Cir. R. 31.5 (seven hard copies of briefs); 10th Cir. R. 39.1 (copying costs taxable at actual cost, but no more than 20 cents per page); *see also Bancamerica Commercial Corp. v. Mosher Steel of Kansas, Inc.,* 103 F.3d 80, 82 (10th Cir. 1996) (order). Accordingly, costs will be taxed in favor of Appellants for seven copies of their principal brief in the amount of $21.42; seven copies of their reply brief in the amount of $16.38; and one copy of their appendix in the amount of $65.76. Additionally, this court permits an award of costs associated with the $500 docketing fee. *See* 28 U.S.C. § 1913(1); *see also Barrington v. United Airlines, Inc.*, 709 F. App'x 890, 893 (10th Cir. 2017). However, 42 U.S.C. § 1988(b) bars the award of costs against the Judge Appellees.

In light of the foregoing, and pursuant to Fed. R. App. P. 39 and 10th Cir. R. 39, costs are taxed in favor of Appellants and against all Appellees except the Judge Appellees in the amount of $603.56.

A copy of this order shall stand as a supplement to the mandate issued May 2, 2023.

Entered for the Court<br>
CHRISTOPHER M. WOLPERT, Clerk<br>
<br>
By: Candice Manyak<br>
    Counsel to the Clerk