UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 10, 2023

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:** 21-5031, Graff, et al v. Aberdeen Enterprizes, II, et al
Dist/Ag docket: 4:17-CV-00606-TCK-JFJ

Dear Clerk:

Please be advised that an order on costs for this case issued today. It supplements the previously-issued mandate of this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Robert E. Applegate
       Robert M. Blakemore
       Melanie L. Bostwick
       Shelby Calambokidis
       Kelsi Brown Corkran
       Isaac Robertson Ellis
       Matthew Benjamin Free
       Brian Hardingham
       Monica Haymond
       Jeffrey C. Hendrickson I
       Robert D. James
       Jo Lynn Jeter

William Caleb Jones
Robert S. Lafferrandre
Stefanie Erin Lawson
Thomas A. LeBlanc
Marco Lopez
Cesar Lopez-Morales
William Randolph Maurer
Mary B. McCord
Erin Morgan Moore
Michael Shouse
Daniel E. Smolen
Seth Wayne
Lauren Weber
Douglas A. Wilson
Joel Wohlgemuth
Randall James Wood
Scott B. Wood
John R. Woodard III

CMW/sls